In the Matter of the Accounting of JOHN M. BOWERS, as Executor of and Trustee under the Will of WILLIAM B. COOPER, JR., Deceased.

MATILDA H. COOPER, Individually and as Executrix of EDWARD A. COOPER, Deceased, Appellant; THEODORE P. COOPER et al., Respondents.

*Matter of Bowers,* 109 App. Div. 566, affirmed.
(Argued March 1, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1905, which modified and affirmed as modified a decree of the New York County Surrogate's Court directing distribution of the estate of William B. Cooper, deceased.

*James E. Duross* and *Frank L. Holt* for appellant.

*James W. Gerard, Latham G. Reed* and *Manfred W. Ehrich* for respondents.

Order affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.